IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KRISTINA QUARLES
ADC #760441                                                              PLAINTIFF

v.                          1:15-cv-107-DPM-JTK

RHONDA CAMPBELL, Officer, Food Service
Security, McPherson Unit, ADC; CODIE ODOM,
Corporal (now Food Service Security), McPherson
Unit, ADC; MICHAEL RICHARDSON, Lieutenant,
McPherson Unit, ADC; CHRISTOPHER FISK, Officer,
CO-I, McPherson Unit, ADC; and PANSY RUCKER,
Captain, Food Service, McPherson Unit, ADC        DEFENDANTS

ORDER

Motion, № 16, granted. Quarles's claims against Defendant Richardson are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 November 2015