IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KRISTINA QUARLES
ADC #760441                                                                PLAINTIFF

v.                          No. 1:15-cv-107-DPM-JTK

RHONDA CAMPBELL, Officer, Food Service
Security, McPherson Unit, ADC; CODIE ODOM,
Corporal (now Food Service Security), McPherson
Unit, ADC; CHRISTOPHER FISK, Officer, CO-I,
McPherson Unit, ADC; and PANSY RUCKER,
Captain, Food Service, McPherson Unit, ADC           DEFENDANTS

ORDER

Unopposed recommendation, № 24, adopted. FED. R. CIV. P. 72(b) (1983 addition to the advisory committee notes). Quarles's motion for preliminary injunctive relief, № 14, is denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 November 2015