IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KRISTINA QUARLES**
**ADC #760441** **PLAINTIFF**

**v.** **No. 1:15-cv-107-DPM-JTK**

**RHONDA CAMPBELL, Officer, Food Service Security, McPherson Unit, ADC; CODIE ODOM, Corporal (now Food Service Security), McPherson Unit, ADC; CHRISTOPHER FISK, Officer, CO-I, McPherson Unit, ADC; and PANSY RUCKER, Captain, Food Service, McPherson Unit, ADC** **DEFENDANTS**

# ORDER

**1.** In light of Quarles's response and attached unit-level grievances, *№ 28 at 3–4*, the Court declines the recommendation without prejudice. *№ 27.* Her grievances don't necessarily mean Quarles exhausted her claims. For example, there's no evidence she appealed either grievance; and it seems unlikely she had time to appeal the second one before filing her complaint. But the Defendants bear the burden on exhaustion. *Nerness v. Johnson*, 401 F.3d 874, 876 (8th Cir. 2005). In light of the new attachments, the Court would appreciate another recommendation. A more detailed declaration from the Defendants might be helpful at this point too. *№ 13-2.* The Court, though, leaves that matter in Magistrate Judge Kearney's hands.

**2.** Quarles's motion for a directed verdict, *№ 29*, is denied. The incident she complains about in that motion happened after she filed this lawsuit and isn't part of this case. *Johnson v. Jones*, 340 F.3d 624, 627–28 (8th Cir. 2003).

**3.** The Court refers this case back to Magistrate Judge Kearney for another recommendation.

So Ordered.

D.P. Marshall Jr.
United States District Judge

18 December 2015