IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KRISTINA QUARLES
ADC #760441                                                              PLAINTIFF

v.                    No. 1:15-cv-107-DPM

RHONDA CAMPBELL, Officer, Food Service
Security, McPherson Unit, ADC; CODIE ODOM,
Corporal (now Food Service Security), McPherson
Unit, ADC; CHRISTOPHER FISK, Officer, CO-I,
McPherson Unit, ADC; and PANSY RUCKER,
Captain, Food Service, McPherson Unit, ADC                DEFENDANTS

ORDER

1. Quarles moves to voluntarily dismiss her complaint; but she wants the option to re-open this case later. № 33. She can't have it both ways. If Quarles wants to proceed with these claims again later, then she will have to file a new case.

2. If the Court hears nothing from Quarles by 5 February 2016, it will grant her motion and enter Judgment dismissing her complaint.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 January 2016