IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KRISTINA QUARLES
ADC #760441                                                              PLAINTIFF

v.                        No. 1:15-cv-107-DPM

RHONDA CAMPBELL, Officer, Food Service
Security, McPherson Unit, ADC; CODIE ODOM,
Corporal (now Food Service Security), McPherson
Unit, ADC; CHRISTOPHER FISK, Officer, CO-I,
McPherson Unit, ADC; and PANSY RUCKER,
Captain, Food Service, McPherson Unit, ADC                DEFENDANTS

ORDER

1. Unopposed motion to voluntarily dismiss, № 33, granted. Quarles's complaint will be dismissed without prejudice.

2. Motion for summary judgment, № 11, denied as moot. The denial is without prejudice to Defendants' renewing the motion if Quarles refiles.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

11 February 2016