IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KRISTINA QUARLES
ADC #760441                                                                                    PLAINTIFF

v.                             No. 1:15-cv-107-DPM

RHONDA CAMPBELL, Officer, Food Service
Security, McPherson Unit, ADC; CODIE ODOM,
Corporal (now Food Service Security), McPherson
Unit, ADC; MICHAEL RICHARDSON, Lieutenant,
McPherson Unit, ADC; CHRISTOPHER FISK, Officer,
CO-I, McPherson Unit, ADC; and PANSY RUCKER,
Captain, Food Service, McPherson Unit, ADC                    DEFENDANTS

JUDGMENT

Quarles's complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

11 February 2016